IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )    2:01-cr-471-GEB
                               )
     Plaintiff-Respondent,     )
                               )
     v.                        )
                               )
HENG LY KAING,                 )    ORDER
                               )
     Defendant-Petitioner.     )
                               )
```

On January 26, 2007, Defendant-Petitioner filed an Ex Parte Petition for Modification of Supervised Release.  The request is denied.  Defendant-Petitioner shall be served with a copy of this Order at 932 Andrews Street, Jacksonville, Texas, 75766.

Dated:  February 2, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1